UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

08-20097-CR-GRAHAM

MAGISTRATE JUDGE
O'SULLIVAN

IN RE SEALED INDICTMENT
_____/

## MOTION TO SEAL

NOW COMES the United States of America, by and through its undersigned attorney, and respectfully requests that, with the exception of those copies to be provided to the United States Attorney's Office for use in the arrest and/or extradition process, the attached indictment, arrest warrants, and any resulting orders be SEALED until further order of this court, given that the named defendants may flee and the integrity of the ongoing investigation might be compromised. If the indictment is not sealed, the defendants, each of whom is a foreign national, may flee his current location and/or restrict his travel to the United States. Moreover revealing the existence of the indictment and arrest warrants prior to the respective defendants' arrest would likely make apparent the identities of cooperating witnesses, thus endangering the safety of the family members of these cooperating witnesses. The United States is prepared to provide further information in camera should the Court so require.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
Andrea G. Hoffman
Assistant United States Attorney
Florida Court No. 0188344
11200 N.W. 20th Street
Miami, Florida 33172
Tel: (305) 715-7646
Fax: (305) 715-7639
Email: Andrea.Hoffman@usdoj.gov