**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  08-20097-CR-DLG**

**UNITED STATES OF AMERICA**

**vs.**

**CASA DE CAMBIO PUEBLA, S.A, et al.,**

**Defendants.**
_____/

**GOVERNMENT'S NOTICE OF UNAVAILABILITY**

The United States of America, by and through the undersigned Assistant United States Attorney, files this notice of unavailability and requests that the Court avoid scheduling any matters in the above referenced case during the following time frame:

1.      The undersigned Assistant United States Attorney will be out of the district from June 26, 2013 thru July 10, 2013.

2.      Based on the foregoing plans, the undersigned respectfully requests that the Court schedule no matters, hearings or trial during these dates.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

 s/Andrea G. Hoffman
 ANDREA G. HOFFMAN
 ASSISTANT UNITED STATES ATTORNEY
 Court No. A5500885
 11200 N.W. 20th Street
 Miami, Florida 33172
 TEL. (305) 715-7646  FAX (305) 715-7639

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 s/: Andrea G. Hoffman<br>Andrea G. Hoffman<br>Assistant United States Attorney