UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 12-20097 – CR GRAHAM

UNITED STATES OF AMERICA

       Plaintiff,

v.

CASA DE CAMBIO PUEBLA, S.A.,
JOSE A. GUTIERREZ DE VELASCO HOYOS,
AMADOR CORDERON VASQUEZ,
PEDRO ALFONSO ALATORRE DAMY,
   a/k/a "Pedro Barraza Urtusuástegui," and
LEONARDO VASQUEZ ESTRADA,

       Defendants.

_____/

## NOTICE OF THIRD PARTY CLAIMANT AND REQUEST FOR NOTIFICATION OF FORFEITURE PROCEEDINGS

Petitioner, Jorge Olmedo Chauviere, by and through his counsel, Michelle A. Estlund, files this Notice of Third Party Claimant and Request for Notification of Forfeiture Proceedings, in the above styled case, as follows:

1. Jorge Olmedo Chauviere ("Mr. Olmedo") notifies this Court that he is a Third Party Claimant pursuant to Title 21, United States, Section 853(n).

2. Mr. Olmedo requests to be notified of any forfeiture proceedings including any Preliminary Order of Forfeiture pursuant to Title 21, United States, Section 853(n), and undersigned counsel has provided her contact information to the U.S. Attorney's office, along with a request for notification.

WHEREFORE, Mr. Olmedo notifies this Court he is a Third Party Claimant and requests to be notified of any forfeiture proceedings.

DATED: May 7, 2013.

                                  Respectfully submitted,

                                  _____/s/_____
                                  MICHELLE A. ESTLUND, ESQ.
                                  Estlund Law, P.A.
                                  147 Sevilla Avenue
                                  Coral Gables, FL 33134
                                  Fla. Bar No. 0065927
                                  (305) 448-0077
                                  mestlund@estlundlaw.com

I HEREBY CERTIFY that on this Wednesday, May 7, 2013, I electronically filed the foregoing with the Clerk of the Court through its CM/ECF system which will send a notice of electronic filing to all parties of record.

                              By:     _____/s/ _____
                                          Michelle A. Estlund, Esq.