```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
               CASE NO. 08-20097-CR-DLG

UNITED STATES OF AMERICA,

                   Plaintiff,        APRIL 11, 2013
                                     1:38 P.M.


     vs.



PEDRO ALFONSO ALATORRE DAMY;
AMADOR CORDERO VASQUEZ,

                   Defendants.      PAGES 1 THROUGH 13
```

```
              TRANSCRIPT OF SENTENCINGS
         BEFORE THE HONORABLE DONALD L. GRAHAM
              UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:       Ms. Andrea G. Hoffman, AUSA
                         UNITED STATES ATTORNEY'S OFFICE
                         HIDTA
                         11200 N.W. 20th Street
                         Miami, Florida  33172


FOR THE DEFENDANT:       Mr. Gustavo J. Garcia-Montes, Esq.
(Pedro Damy)             LAW OFFICES OF GUSTAVO J. GARCIA-MONTES
                         2333 Brickell Avenue
                         Suite A-1
                         Miami, Florida  33129


FOR THE DEFENDANT:       Mr. Frank A. Rubino, Esq.
(Amador C. Vasquez)      LAW OFFICES OF FRANK A. RUBINO, ESQ.
                         1001 Brickell Bay Drive
                         Miami, Florida  33131
```

1        (Call to order of the Court, 1:38 p.m.)
2        (Both Defendants Aided By Court-Certified Spanish
3    Interpreters.)
4            COURTROOM DEPUTY: *United States versus Amador Cordero*
5    *Vasquez and Pedro Alfonso* Alatorre Damy,
6    08-20097-Criminal-Graham.
7            THE COURT: Appearances, please.
8            MS. HOFFMAN: Andrea Hoffman on behalf of the
9    U.S. Attorney's Office, Your Honor. Good afternoon.
10           THE COURT: Good afternoon.
11           MR. RUBINO: Good afternoon, Your Honor. Frank Rubino
12   on behalf of Amador Cordero Vasquez. Mr. Vasquez is present in
13   court today, sir.
14           THE COURT: Good afternoon.
15           MR. GARCIA-MONTES: Good afternoon, Your Honor.
16   Gustavo Garcia-Montes on behalf of Pedro Alfonso Alatorre Damy,
17   who is present in court.
18           THE COURT: Good afternoon. You may be seated.
19           Mr. Vasquez, have you had an opportunity to review the
20   presentence report?
21           DEFENDANT CORDERO VASQUEZ: Yes, Your Honor.
22           THE COURT: Did you discuss the report with your
23   attorney?
24           DEFENDANT CORDERO VASQUEZ: Yes, Your Honor.
25           THE COURT: Do you have any questions concerning the

```
 1   report?
 2           DEFENDANT CORDERO VASQUEZ:  No, Your Honor.
 3           THE COURT:  Mr. Alatorre Damy, have you had an
 4   opportunity to review your presentence report?
 5           DEFENDANT ALATORRE DAMY:  Yes, Your Honor.
 6           THE COURT:  Did you discuss the report with your
 7   attorney?
 8           DEFENDANT ALATORRE DAMY:  Yes, sir.
 9           THE COURT:  Do you have any questions concerning the
10   report?
11           DEFENDANT ALATORRE DAMY:  No, Your Honor.
12           THE COURT:  Very well.  May we have the probation
13   officer announce his appearance, please?
14           PROBATION OFFICER:  Good afternoon, Your Honor.  Rick
15   Garcia with probation.
16           THE COURT:  Good afternoon.  We are here for
17   sentencing, of course.  Are there any objections to the
18   presentence reports, Counsel?
19           MR. RUBINO:  Your Honor, we have filed no written
20   objections and we have no oral objections.
21           THE COURT:  Very well.
22           MR. GARCIA-MONTES:  Likewise, Your Honor, for
23   Mr. Alatorre.
24           THE COURT:  Very well.  The Court adopts the
25   presentence reports as the findings of fact and conclusions of
```

1   law.
2          At this time the Court will afford the parties an
3   opportunity to allocute.  First we will hear from the
4   government followed by the defense.  And why don't we take them
5   in order.  We will address Mr. Vasquez first and thereafter
6   Mr. Alatorre Damy.
7          MS. HOFFMAN:  Your Honor, Andrea Hoffman on behalf of
8   the U.S. Attorney's Office.  I have a somewhat unique
9   recommendation for the Court, as you might imagine, from me.
10  These defendants have been in custody since November 7th of
11  2007 on the charges related to this case, Your Honor.  While
12  they've only been in the United States for less than four
13  months, I believe, they were arrested in Mexico as a part of a
14  joint United States-Mexican investigation in November of 2007,
15  and for whatever reason it took that long for the extradition
16  to be completed.
17         THE COURT:  Do you have any understanding of why it
18  would take that many years --
19         MS. HOFFMAN:  None.
20         THE COURT:  -- to extradite someone?
21         MS. HOFFMAN:  None.
22         THE COURT:  I'm just curious about that.
23         MS. HOFFMAN:  Your Honor, in fairness, without wanting
24  to prejudice the defendants at all, I think they struggled with
25  the extradition a little bit.  I don't think they -- some

1   defendants accede to extradition, but even in Mexico, even if
2   you acceded, it would have taken at least three and a half
3   years to have done.  This took, as far as I know, and I don't
4   know a lot about it, there was a little bit of litigation in
5   the beginning, so I don't think that particularly slowed it
6   down, but I think there are ramifications I don't understand
7   about what happened there versus what happens here that defense
8   counsel may know better.
9           THE COURT:  Mr. Rubino, you're probably experienced in
10  this area.  Any -- can you inform me?  I'm simply inquisitive
11  about this.
12          MR. RUBINO:  It is an unbelievably laborious process.
13  I have handled many cases involving Mexican extradition, Judge.
14  Unlike anywhere else, you can't simply waive extradition and
15  three, four months later you're on a plane on your way.  You
16  still must go through the entire procedure whether you contest
17  it or not.  It's amazing.
18          THE COURT:  All right.  Thank you.
19          You may continue.
20          MS. HOFFMAN:  In light of that, Your Honor, they have
21  served five years and five months and a day or two.  The
22  presentencing guidelines are at 57 months.  I would ask this
23  Court to enter a sentence of time served with whatever
24  appropriate language incorporates accounting to them the time
25  that they have served already.  I think enough is enough in

1  some senses, Your Honor, for both defendants.
2          THE COURT:  All right.  Now, both defendants have
3  served approximately how long?
4          MS. HOFFMAN:  Five years, five months, and two days,
5  maybe three days.
6          THE COURT:  All right.
7          MS. HOFFMAN:  That's counting from the date of the
8  arrest, Your Honor.  If it matters for you in technical
9  purposes, the indictment was not until February, so it's
10 actually three months less of time off of the actual charged
11 indictment, but the arrests were part of our case and I don't
12 morally see a reason to make a distinction.
13         THE COURT:  May I ask the probation officer if he is
14 aware, and this may be more of a BOP question, but if the
15 language in the judgment and commitment order read a sentence
16 of 65 months, which is the equivalent of time served, if that
17 would be sufficient, or would that language be confusing at
18 all?
19         PROBATION OFFICER:  No, it would not be confusing,
20 Judge, but I would recommend that the judgment and commitment
21 order reflect that they should get time from the time they were
22 arrested in Mexico and that that be made part of that J and C
23 so that the Bureau of Prisons can then calculate and then
24 release them accordingly.
25         THE COURT:  What was the date of arrest?

1    MS. HOFFMAN:  November 7th of 2007, I believe, Your
2    Honor.
3    MR. RUBINO:  Excuse me, Andrea, I believe it was the
4    9th.
5    PROBATION OFFICER:  November 9th, 2007.
6    MS. HOFFMAN:  I apologize, November 9th.
7    MR. GARCIA-MONTES:  And for Mr. Alatorre it was
8    November 8th.  There's a day's difference.
9    THE COURT:  I didn't hear what you said, sir.
10   MR. GARCIA-MONTES:  For Mr. Alatorre, he was arrested
11   on the 8th of November, and the codefendant was arrested on the
12   9th of November of 2007.
13   THE COURT:  All right.
14   MS. HOFFMAN:  I apologize, I thought it was the 7th.
15   THE COURT:  Thank you very much.  All right.  Defense
16   counsel, you may present any matters that you desire.  I will
17   tell you that I do intend to honor the recommendation of the
18   government, unless you want to convince me otherwise, I'll give
19   you the opportunity.
20       On behalf of Mr. Cordero?
21   MR. RUBINO:  In the words of Judge Gene Spellman, who
22   many many years ago when I was a young lawyer said to me,
23   Frank, you're winning, sit down, I've never forgotten that,
24   Judge.
25       One thing:  Mr. Amador Cordero Vasquez would just like

1  to apologize to the Court and just make a very short statement
2  telling you how he feels.
3  THE COURT: Certainly. Of course. Mr. Cordero?
4  DEFENDANT CORDERO VASQUEZ: Your Honor, I would only
5  like to apologize for my actions and for having gotten myself
6  involved in this problem. The only thing I ask is that you
7  allow me to return to my country to be with my family and with
8  my children. Thank you.
9  THE COURT: All right. Thank you very much, sir.
10  On behalf of Mr. Alatorre Damy?
11  MR. GARCIA-MONTES: Yes, Your Honor. Likewise,
12  obviously we're in agreement with the representation of the
13  government, and Mr. Damy has asked me to just express his
14  gratitude to the government of the United States for its
15  generosity.
16  THE COURT: Thank you very much, sir.
17  The Court has considered the statements of all
18  parties, the presentence report which contains the advisory
19  guidelines, and the statutory factors.
20  It is the finding of the Court that the defendants are
21  not able to pay a fine.
22  It is the judgment of the Court that the defendants,
23  Pedro Alfonso Alatorre Damy and Amador Cordero Vasquez, are
24  committed to the Bureau of Prisons for a period of time served.
25  This time served sentence is the equivalent of 65 months'

1  incarceration.  The defendants are given credit, in the case of
2  Mr. Alatorre Damy from November 7th, 2007, to April 11th, 2013,
3  and Mr. Cordero Vasquez is given credit from his date of
4  arrest, November 8th, 2007, through April 11th, 2013.
5              It is the intent of the Court, by agreement of the
6  parties, that the defendants be released immediately,
7  considering the time served sentence.  This sentence is as to
8  Count 42 of the indictment.
9              Upon release from imprisonment, the defendants shall
10 be placed on supervised release for a term of two years.
11             Within 72 hours of release, they shall report in
12 person to the probation office in the district where released.
13             While on supervised release, the defendants shall not
14 commit any crimes, shall be prohibited from possessing a
15 firearm or other dangerous devices, shall not possess a
16 controlled substance, shall cooperate in the collection of DNA,
17 and shall comply with the standard conditions of supervised
18 release, including the following special conditions:
19             Surrendering to immigration for removal after
20 imprisonment as noted in Part G of the presentence report.
21             The defendants shall immediately pay to the United
22 States a special assessment of $100.
23             The total sentence as to each defendant is time
24 served, which is the equivalent of 65 months' imprisonment.
25             Forfeiture of the defendants' right, title, and

1    interest in the property in this cause is hereby ordered,
2    consistent with the plea agreement, forfeited.  The United
3    States shall submit a proposed order of forfeiture within three
4    days of this proceeding as necessary.
5            Now that sentence has been imposed, do the defendants
6    or their counsel object to the Court's finding of fact or to
7    the manner in which sentence was pronounced?
8            MR. RUBINO:  No, sir, we have no objections.  Thank
9    you, Your Honor.
10           MR. GARCIA-MONTES:  No objection on behalf of
11   Mr. Alatorre.
12           THE COURT:  Mr. Alatorre Damy and Mr. Cordero Vasquez,
13   you do have the right to appeal the sentence in this cause.
14   Any notice of appeal must be filed within 14 days of the entry
15   of judgment.  If you are unable to pay the costs of an appeal,
16   you may apply to proceed in forma pauperis.  Please discuss
17   these rights with your respective attorneys so that you may
18   make an informed decision.  Any agreement you have with the
19   government as to the right to appeal could have an impact on
20   that right.
21           Mr. Alatorre Damy, do you understand your appellate
22   rights?
23           DEFENDANT ALATORRE DAMY:  Yes, sir.
24           THE COURT:  Mr. Cordero Vasquez, do you understand
25   your appellate rights?

1                    DEFENDANT CORDERO VASQUEZ:  Yes, Your Honor.
2                    THE COURT:  Additional matters by the defense?
3                    MR. RUBINO:  Nothing on our behalf, sir.
4                    MR. GARCIA-MONTES:  Nothing, Your Honor.  Thank you.
5                    THE COURT:  Additional matters by the government?
6                    MS. HOFFMAN:  Your Honor, I would dismiss all
7       remaining charges as to these defendants at this time.
8                    THE COURT:  All remaining counts other than the count
9       of conviction, Count 42, are hereby ordered dismissed.
10                   Thank you all very much.  We are in recess in this
11      cause.  Good day.
12                   MR. RUBINO:  Thank you, Your Honor.
13                   MS. HOFFMAN:  Thank you, Your Honor.
14                   THE COURT:  I may have referred to November 7th as
15      to --
16                   MS. HOFFMAN:  It should be November 9th, Your Honor.
17                   THE COURT:  It should be November 9th.  So the
18      judgment and commitment order would reflect November 9th.
19                   MS. HOFFMAN:  Thank you, Your Honor.
20                   THE COURT:  I'm not sure which one that is.
21                   MS. HOFFMAN:  It is Mr. Rubino's client, Your Honor.
22                   THE COURT:  All right.  Mr. Cordero Vasquez.  Very
23      well.
24                   MS. HOFFMAN:  It's as to Mr. Rubino's client, Your
25      Honor.

1           THE COURT:  Thank you.
2      (Proceedings concluded at 1:52 p.m.)
3                      *   *   *   *   *

```
 1  UNITED STATES OF AMERICA                    )
                                                )   ss:
 2  SOUTHERN DISTRICT OF FLORIDA                )

 3

 4                  C E R T I F I C A T E

 5       I, Carly L. Horenkamp, Certified Shorthand

 6  Reporter in and for the United States District Court for the

 7  Southern District of Florida, do hereby certify that I was

 8  present at and reported in machine shorthand the proceedings

 9  had the 11th day of April, 2013, in the above-mentioned court;

10  and that the foregoing transcript is a true, correct, and

11  complete transcript of my stenographic notes.

12       I further certify that this transcript contains

13  pages 1 - 13.

14       IN WITNESS WHEREOF, I have hereunto set my hand at Miami,

15  Florida, this 19th day of December, 2013.

16

17

                                /s/ Carly Horenkamp
18                              _____
                                Carly L. Horenkamp, RMR, CRR
19                              Certified Shorthand Reporter

20

21

22

23

24

25
```

**$**
$100 [1]  9/22

**0**
08-20097-CR-DLG [1]  1/2
08-20097-Criminal-Graham [1]  2/6

**1**
1001 [1]  1/23
11 [1]  1/4
11200 [1]  1/17
11th [3]  9/2 9/4 13/9
13 [2]  1/10 13/13
14 [1]  10/14
19th [1]  13/15
1:38 [2]  1/5 2/1
1:52 [1]  12/2

**2**
2007 [7]  4/11 4/14 7/1 7/5 7/12 9/2 9/4
2013 [5]  1/4 9/2 9/4 13/9 13/15
20th [1]  1/17
2333 [1]  1/20

**3**
33129 [1]  1/21
33131 [1]  1/24
33172 [1]  1/17

**4**
42 [2]  9/8 11/9

**5**
57 [1]  5/22

**6**
65 [3]  6/16 8/25 9/24

**7**
72 [1]  9/11
7th [5]  4/10 7/1 7/14 9/2 11/14

**8**
8th [3]  7/8 7/11 9/4

**9**
9th [7]  7/4 7/5 7/6 7/12 11/16 11/17 11/18

**A**
a lot [1]  5/4
A-1 [1]  1/20
able [1]  8/21
about [4]  4/22 5/4 5/7 5/11
above [1]  13/9
above-mentioned [1]  13/9
accede [1]  5/1
acceded [1]  5/2
accordingly [1]  6/24
accounting [1]  5/24
actions [1]  8/5
actual [1]  6/10
actually [1]  6/10
Additional [2]  11/2 11/5
address [1]  4/5
adopts [1]  3/24
advisory [1]  8/18
afford [1]  4/2
after [1]  9/19
afternoon [8]  2/9 2/10 2/11 2/14 2/15 2/18 3/14 3/16
ago [1]  7/22
agreement [4]  8/12 9/5 10/2 10/18

Aided [1]  2/2
ALATORRE [14]
ALFONSO [4]  1/8 2/5 2/16 8/23
all [13]  4/24 5/18 6/2 6/6 6/18 7/13 7/15 8/9 8/17 11/6 11/8 11/10 11/22
allocute [1]  4/3
allow [1]  8/7
already [1]  5/25
AMADOR [6]  1/9 1/23 2/4 2/12 7/25 8/23
amazing [1]  5/17
AMERICA [2]  1/3 13/1
Andrea [4]  1/15 2/8 4/7 7/3
announce [1]  3/13
any [9]  2/25 3/9 3/17 4/17 5/10 7/16 9/14 10/14 10/18
anywhere [1]  5/14
apologize [4]  7/6 7/14 8/1 8/5
appeal [4]  10/13 10/14 10/15 10/19
appearance [1]  3/13
APPEARANCES [2]  1/14 2/7
appellate [2]  10/21 10/25
apply [1]  10/16
appropriate [1]  5/24
approximately [1]  6/3
APRIL [4]  1/4 9/2 9/4 13/9
April 11th [2]  9/2 9/4
are [10]  3/16 3/17 5/6 5/22 8/20 8/23 9/1 10/15 11/9 11/10
area [1]  5/10
arrest [3]  6/8 6/25 9/4
arrested [4]  4/13 6/22 7/10 7/11
arrests [1]  6/11
as [13]  3/25 4/9 4/13 5/3 5/3 9/7 9/20 9/23 10/4 10/19 11/7 11/14 11/24
ask [3]  5/22 6/13 8/6
asked [1]  8/13
assessment [1]  9/22
at [9]  4/2 4/24 5/2 5/22 6/17 11/7 12/2 13/8 13/14
attorney [2]  2/23 3/7
ATTORNEY'S [3]  1/16 2/9 4/8
attorneys [1]  10/17
AUSA [1]  1/15
Avenue [1]  1/20
aware [1]  6/14

**B**
Bay [1]  1/23
be [14]
been [3]  4/10 4/12 10/5
BEFORE [1]  1/12
beginning [1]  5/5
behalf [8]  2/8 2/12 2/16 4/7 7/20 8/10 10/10 11/3
believe [3]  4/13 7/1 7/3
better [1]  5/8
bit [2]  4/25 5/4
BOP [1]  6/14
both [3]  2/2 6/1 6/2
Brickell [2]  1/20 1/23
Bureau [2]  6/23 8/24
but [5]  5/1 5/6 6/11 6/14 6/20

**C**
calculate [1]  6/23
Call [1]  2/1
can [2]  5/10 6/23
can't [1]  5/14
Carly [2]  13/5 13/18
case [4]  1/2 4/11 6/11 9/1
cases [1]  5/13
cause [3]  10/1 10/13 11/11
Certainly [1]  8/3

Certified [3]  2/2 13/5 13/19
certify [2]  13/7 13/12
charged [1]  6/10
charges [2]  4/11 11/7
children [1]  8/8
client [2]  11/21 11/24
codefendant [1]  7/11
collection [1]  9/16
commit [1]  9/14
commitment [3]  6/15 6/20 11/18
committed [1]  8/24
complete [1]  13/11
completed [1]  4/16
comply [1]  9/17
concerning [2]  2/25 3/9
concluded [1]  12/2
conclusions [1]  3/25
conditions [2]  9/17 9/18
confusing [2]  6/17 6/19
considered [1]  8/17
considering [1]  9/7
consistent [1]  10/2
contains [2]  8/18 13/12
contest [1]  5/16
continue [1]  5/19
controlled [1]  9/16
conviction [1]  11/9
convince [1]  7/18
cooperate [1]  9/16
CORDERO [11]  1/9 2/4 2/12 7/20 7/25 8/3 8/23 9/3 10/12 10/24 11/22
correct [1]  13/10
costs [1]  10/15
could [1]  10/19
counsel [4]  3/18 5/8 7/16 10/6
count [3]  9/8 11/8 11/9
Count 42 [2]  9/8 11/9
counting [1]  6/7
country [1]  8/7
counts [1]  11/8
course [2]  3/17 8/3
court [16]
Court's [1]  10/6
Court-Certified [1]  2/2
CR [1]  1/2
credit [2]  9/1 9/3
crimes [1]  9/14
Criminal [1]  2/6
CRR [1]  13/18
curious [1]  4/22
custody [1]  4/10

**D**
DAMY [12]  1/8 1/19 2/5 2/16 3/3 4/6 8/10 8/13 8/23 9/2 10/12 10/21
dangerous [1]  9/15
date [3]  6/7 6/25 9/3
day [4]  5/21 11/11 13/9 13/15
day's [1]  7/8
days [4]  6/4 6/5 10/4 10/14
December [1]  13/15
decision [1]  10/18
defendant [3]  1/19 1/22 9/23
defendants [16]
defendants' [1]  9/25
defense [4]  4/4 5/7 7/15 11/2
desire [1]  7/16
devices [1]  9/15
Did [2]  2/22 3/6
didn't [1]  7/9
difference [1]  7/8
discuss [3]  2/22 3/6 10/16
dismiss [1]  11/6

**D**

**dismissed** [1]  11/9
**distinction** [1]  6/12
**district** [7]  1/1 1/1 1/13 9/12 13/2 13/6 13/7
**DIVISION** [1]  1/2
**DLG** [1]  1/2
**DNA** [1]  9/16
**do** [9]  2/25 3/9 4/17 7/17 10/5 10/13 10/21 10/24 13/7
**don't** [6]  4/4 4/25 5/3 5/5 5/6 6/11
**DONALD** [1]  1/12
**done** [1]  5/3
**down** [2]  5/6 7/23
**Drive** [1]  1/23

**E**

**each** [1]  9/23
**else** [1]  5/14
**enough** [2]  5/25 5/25
**enter** [1]  5/23
**entire** [1]  5/16
**entry** [1]  10/14
**equivalent** [3]  6/16 8/25 9/24
**Esq** [3]  1/19 1/22 1/23
**even** [2]  5/1 5/1
**Excuse** [1]  7/3
**experienced** [1]  5/9
**express** [1]  8/13
**extradite** [1]  4/20
**extradition** [5]  4/15 4/25 5/1 5/13 5/14

**F**

**fact** [2]  3/25 10/6
**factors** [1]  8/19
**fairness** [1]  4/23
**family** [1]  8/7
**far** [1]  5/3
**February** [1]  6/9
**feels** [1]  8/2
**filed** [2]  3/19 10/14
**finding** [2]  8/20 10/6
**findings** [1]  3/25
**fine** [1]  8/21
**firearm** [1]  9/15
**first** [2]  4/3 4/5
**five** [4]  5/21 5/21 6/4 6/4
**FLORIDA** [7]  1/1 1/17 1/21 1/24 13/2 13/7 13/15
**followed** [1]  4/4
**following** [1]  9/18
**foregoing** [1]  13/10
**forfeited** [1]  10/2
**forfeiture** [2]  9/25 10/3
**forgotten** [1]  7/23
**forma** [1]  10/16
**four** [2]  4/12 5/15
**Frank** [4]  1/22 1/23 2/11 7/23
**further** [1]  13/12

**G**

**Garcia** [4]  1/19 1/19 2/16 3/15
**Garcia-Montes** [3]  1/19 1/19 2/16
**Gene** [1]  7/21
**generosity** [1]  8/15
**get** [1]  6/21
**give** [1]  7/18
**given** [2]  9/1 9/3
**go** [1]  5/16
**Good** [9]  2/9 2/10 2/11 2/14 2/15 2/18 3/14 3/16 11/11
**gotten** [1]  8/5

**government** [6]  4/4 7/18 8/13 8/14 10/19 11/5
**GRAHAM** [2]  1/12 2/6
**gratitude** [1]  8/14
**guidelines** [2]  5/22 8/19
**Gustavo** [3]  1/19 1/19 2/16

**H**

**had** [3]  2/19 3/3 13/9
**half** [1]  5/2
**hand** [1]  13/14
**handled** [1]  5/13
**happened** [1]  5/7
**happens** [1]  5/7
**has** [3]  8/13 8/17 10/5
**have** [22]
**having** [1]  8/5
**he** [3]  6/13 7/10 8/2
**hear** [2]  4/3 7/9
**here** [2]  3/16 5/7
**hereby** [3]  10/1 11/9 13/7
**hereunto** [1]  13/14
**HIDTA** [1]  1/16
**his** [3]  3/13 8/13 9/3
**Hoffman** [3]  1/15 2/8 4/7
**honor** [31]
**HONORABLE** [1]  1/12
**Horenkamp** [2]  13/5 13/18
**hours** [1]  9/11
**how** [2]  6/3 8/2

**I**

**I'll** [1]  7/18
**I'm** [3]  4/22 5/10 11/20
**I've** [1]  7/23
**if** [6]  5/1 6/8 6/13 6/14 6/16 10/15
**imagine** [1]  4/9
**immediately** [2]  9/6 9/21
**immigration** [1]  9/19
**impact** [1]  10/19
**imposed** [1]  10/5
**imprisonment** [3]  9/9 9/20 9/24
**in** [36]
**incarceration** [1]  9/1
**including** [1]  9/18
**incorporates** [1]  5/24
**indictment** [3]  6/9 6/11 9/8
**inform** [1]  5/10
**informed** [1]  10/18
**inquisitive** [1]  5/10
**intend** [1]  7/17
**intent** [1]  9/5
**interest** [1]  10/1
**Interpreters** [1]  2/3
**investigation** [1]  4/14
**involved** [1]  8/6
**involving** [1]  5/13
**is** [19]
**it** [18]
**it's** [3]  5/17 6/9 11/24
**its** [1]  8/14

**J**

**joint** [1]  4/14
**JUDGE** [5]  1/13 5/13 6/20 7/21 7/24
**judgment** [5]  6/15 6/20 8/22 10/15 11/18
**just** [4]  4/22 7/25 8/1 8/13

**K**

**know** [3]  5/3 5/4 5/8

**L**

**laborious** [1]  5/12

**language** [3]  5/24 6/15 6/17
**later** [1]  5/15
**law** [3]  1/19 1/23 4/1
**lawyer** [1]  7/22
**least** [1]  5/2
**less** [2]  4/12 6/10
**light** [1]  5/20
**like** [2]  7/25 8/5
**Likewise** [2]  3/22 8/11
**litigation** [1]  5/4
**little** [2]  4/25 5/4
**long** [2]  4/15 6/3
**lot** [1]  5/4

**M**

**machine** [1]  13/8
**made** [1]  6/22
**make** [3]  6/12 8/1 10/18
**manner** [1]  10/7
**many** [4]  4/18 5/13 7/22 7/22
**matters** [4]  6/8 7/16 11/2 11/5
**may** [10]  2/18 3/12 5/8 5/19 6/13 6/14 7/16 10/16 10/17 11/14
**maybe** [1]  6/5
**me** [7]  4/9 5/10 7/3 7/18 7/22 8/7 8/13
**mentioned** [1]  13/9
**Mexican** [2]  4/14 5/13
**Mexico** [3]  4/13 5/1 6/22
**MIAMI** [5]  1/2 1/17 1/21 1/24 13/14
**might** [1]  4/9
**Montes** [3]  1/19 1/19 2/16
**months** [7]  4/13 5/15 5/21 5/22 6/4 6/10 6/16
**months'** [2]  8/25 9/24
**morally** [1]  6/12
**more** [1]  6/14
**Mr** [3]  1/19 1/22 2/12
**Mr.** [23]
**Mr. Alatorre** [10]  3/3 3/23 4/6 7/7 7/10 8/10 9/2 10/11 10/12 10/21
**Mr. Amador** [1]  7/25
**Mr. Cordero** [6]  7/20 8/3 9/3 10/12 10/24 11/22
**Mr. Damy** [1]  8/13
**Mr. Rubino** [1]  5/9
**Mr. Rubino's** [2]  11/21 11/24
**Mr. Vasquez** [2]  2/19 4/5
**Ms** [1]  1/15
**much** [4]  7/15 8/9 8/16 11/10
**must** [2]  5/16 10/14
**my** [6]  8/5 8/7 8/7 8/8 13/11 13/14
**myself** [1]  8/5

**N**

**N.W** [1]  1/17
**necessary** [1]  10/4
**never** [1]  7/23
**no** [9]  1/2 3/2 3/11 3/19 3/20 6/19 10/8 10/8 10/10
**None** [2]  4/19 4/21
**not** [7]  5/17 6/9 6/19 8/21 9/13 9/15 11/20
**noted** [1]  9/20
**notes** [1]  13/11
**Nothing** [2]  11/3 11/4
**notice** [1]  10/14
**November** [14]
**November 7th** [4]  4/10 7/1 9/2 11/14
**November 8th** [2]  7/8 9/4
**November 9th** [5]  7/5 7/6 11/16 11/17 11/18
**Now** [2]  6/2 10/5

## O

**objection [1]** 10/10
**objections [4]** 3/17 3/20 3/20 10/8
**obviously [1]** 8/12
**off [1]** 6/10
**office [4]** 1/16 2/9 4/8 9/12
**officer [2]** 3/13 6/13
**OFFICES [2]** 1/19 1/23
**on [16]**
**one [2]** 7/25 11/20
**only [3]** 4/12 8/4 8/6
**opportunity [4]** 2/19 3/4 4/3 7/19
**or [6]** 5/17 5/21 6/17 9/15 10/6 10/6
**oral [1]** 3/20
**order [6]** 2/1 4/5 6/15 6/21 10/3 11/18
**ordered [2]** 10/1 11/9
**other [2]** 9/15 11/8
**otherwise [1]** 7/18
**our [2]** 6/11 11/3

## P

**p.m [3]** 1/5 2/1 12/2
**pages [2]** 1/10 13/13
**pages 1 [1]** 13/13
**part [4]** 4/13 6/11 6/22 9/20
**particularly [1]** 5/5
**parties [3]** 4/2 8/18 9/6
**pauperis [1]** 10/16
**pay [3]** 8/21 9/21 10/15
**PEDRO [5]** 1/8 1/19 2/5 2/16 8/23
**period [1]** 8/24
**person [1]** 9/12
**placed [1]** 9/10
**Plaintiff [2]** 1/4 1/15
**plane [1]** 5/15
**plea [1]** 10/2
**please [3]** 2/7 3/13 10/16
**possess [1]** 9/15
**possessing [1]** 9/14
**prejudice [1]** 4/24
**present [4]** 2/12 2/17 7/16 13/8
**presentence [6]** 2/20 3/4 3/18 3/25 8/18 9/20
**presentencing [1]** 5/22
**Prisons [2]** 6/23 8/24
**probably [1]** 5/9
**probation [4]** 3/12 3/15 6/13 9/12
**problem [1]** 8/6
**procedure [1]** 5/16
**proceed [1]** 10/16
**proceeding [1]** 10/4
**proceedings [2]** 12/2 13/8
**process [1]** 5/12
**prohibited [1]** 9/14
**pronounced [1]** 10/7
**property [1]** 10/1
**proposed [1]** 10/3
**purposes [1]** 6/9

## Q

**question [1]** 6/14
**questions [2]** 2/25 3/9

## R

**ramifications [1]** 5/6
**read [1]** 6/15
**reason [2]** 4/15 6/12
**recess [1]** 11/10
**recommend [1]** 6/20
**recommendation [2]** 4/9 7/17
**referred [1]** 11/14
**reflect [2]** 6/21 11/18

**related [1]** 4/11
**release [6]** 6/24 9/9 9/10 9/11 9/13 9/18
**released [2]** 9/6 9/12
**remaining [2]** 11/7 11/8
**removal [1]** 9/19
**report [9]** 2/20 2/22 3/1 3/4 3/6 3/10 8/18 9/11 9/20
**reported [1]** 13/8
**Reporter [2]** 13/6 13/19
**reports [2]** 3/18 3/25
**representation [1]** 8/12
**respective [1]** 10/17
**return [1]** 8/7
**review [2]** 2/19 3/4
**Rick [1]** 3/14
**right [11]** 5/18 6/2 6/6 7/13 7/15 8/9 9/25 10/13 10/19 10/20 11/22
**rights [3]** 10/17 10/22 10/25
**RMR [1]** 13/18
**Rubino [4]** 1/22 1/23 2/11 5/9
**Rubino's [2]** 11/21 11/24

## S

**said [2]** 7/9 7/22
**seated [1]** 2/18
**see [1]** 6/12
**senses [1]** 6/1
**sentence [9]** 5/23 6/15 8/25 9/7 9/7 9/23 10/5 10/7 10/13
**sentencing [1]** 3/17
**SENTENCINGS [1]** 1/12
**served [9]** 5/21 5/23 5/25 6/3 6/16 8/24 8/25 9/7 9/24
**set [1]** 13/14
**shall [9]** 9/9 9/11 9/13 9/14 9/15 9/16 9/17 9/21 10/3
**short [1]** 8/1
**shorthand [3]** 13/5 13/8 13/19
**should [3]** 6/21 11/16 11/17
**simply [2]** 5/10 5/14
**since [1]** 4/10
**sir [8]** 2/13 3/8 7/9 8/9 8/16 10/8 10/23 11/3
**sit [1]** 7/23
**slowed [1]** 5/5
**so [5]** 5/5 6/9 6/23 10/17 11/17
**some [2]** 4/25 6/1
**someone [1]** 4/20
**somewhat [1]** 4/8
**SOUTHERN [3]** 1/1 13/2 13/7
**Spanish [1]** 2/2
**special [2]** 9/18 9/22
**Spellman [1]** 7/21
**ss [1]** 13/1
**standard [1]** 9/17
**statement [1]** 8/1
**statements [1]** 8/17
**STATES [12]** 1/1 1/3 1/13 1/16 2/4 4/12 4/14 8/14 9/22 10/3 13/1 13/6
**States-Mexican [1]** 4/14
**statutory [1]** 8/19
**stenographic [1]** 13/11
**still [1]** 5/16
**Street [1]** 1/17
**struggled [1]** 4/24
**submit [1]** 10/3
**substance [1]** 9/16
**sufficient [1]** 6/17
**Suite [1]** 1/20
**supervised [3]** 9/10 9/13 9/17
**sure [1]** 11/20
**Surrendering [1]** 9/19

## T

**take [2]** 4/4 4/18
**taken [1]** 5/2
**technical [1]** 6/8
**tell [1]** 7/17
**telling [1]** 8/2
**term [1]** 9/10
**than [2]** 4/12 11/8
**Thank [12]** 5/18 7/15 8/8 8/9 8/16 10/8 11/4 11/10 11/12 11/13 11/19 12/1
**that [29]**
**That's [1]** 6/7
**their [1]** 10/6
**them [3]** 4/4 5/24 6/24
**then [2]** 6/23 6/23
**there [4]** 3/17 5/4 5/6 5/7
**There's [1]** 7/8
**thereafter [1]** 4/5
**these [3]** 4/10 10/17 11/7
**they [8]** 4/13 4/24 4/25 5/20 5/25 6/21 6/21 9/11
**they've [1]** 4/12
**thing [2]** 7/25 8/6
**think [5]** 4/24 4/25 5/5 5/6 5/25
**this [17]**
**thought [1]** 7/14
**three [5]** 5/2 5/15 6/5 6/10 10/3
**through [3]** 1/10 5/16 9/4
**time [12]** 4/2 5/23 5/24 6/10 6/16 6/21 6/21 8/24 8/25 9/7 9/23 11/7
**title [1]** 9/25
**today [1]** 2/13
**took [2]** 4/15 5/3
**total [1]** 9/23
**transcript [4]** 1/12 13/10 13/11 13/12
**true [1]** 13/10
**two [3]** 5/21 6/4 9/10

## U

**U.S [1]** 4/8
**U.S. [1]** 2/9
**U.S. Attorney's [1]** 2/9
**unable [1]** 10/15
**unbelievably [1]** 5/12
**understand [3]** 5/6 10/21 10/24
**understanding [1]** 4/17
**unique [1]** 4/8
**UNITED [12]** 1/1 1/3 1/13 1/16 2/4 4/12 4/14 8/14 9/21 10/2 13/1 13/6
**unless [1]** 7/18
**Unlike [1]** 5/14
**until [1]** 6/9
**Upon [1]** 9/9

## V

**VASQUEZ [13]** 1/9 1/23 2/5 2/12 2/12 2/19 4/5 7/25 8/23 9/3 10/12 10/24 11/22
**versus [2]** 2/4 5/7
**very [9]** 3/12 3/21 3/24 7/15 8/1 8/9 8/16 11/10 11/22

## W

**waive [1]** 5/14
**want [1]** 7/18
**wanting [1]** 4/23
**was [11]** 5/4 6/9 6/25 7/3 7/7 7/10 7/11 7/14 7/22 10/7 13/7
**way [1]** 5/15
**we [9]** 3/12 3/16 3/19 3/20 4/3 4/4 4/5 10/8 11/10
**we're [1]** 8/12
**well [4]** 3/12 3/21 3/24 11/23

## W

**were [3]** 4/13 6/11 6/21
**what [4]** 5/7 5/7 6/25 7/9
**whatever [2]** 4/15 5/23
**when [1]** 7/22
**where [1]** 9/12
**WHEREOF [1]** 13/14
**whether [1]** 5/16
**which [5]** 6/16 8/18 9/24 10/7 11/20
**While [2]** 4/11 9/13
**who [2]** 2/17 7/21
**why [2]** 4/4 4/17
**will [4]** 4/2 4/3 4/5 7/16
**winning [1]** 7/23
**within [3]** 9/11 10/3 10/14
**without [1]** 4/23
**WITNESS [1]** 13/14
**words [1]** 7/21
**would [11]** 4/18 5/2 5/22 6/17 6/17 6/19
 6/20 7/25 8/4 11/6 11/18
**written [1]** 3/19

## Y

**years [6]** 4/18 5/3 5/21 6/4 7/22 9/10
**Yes [7]** 2/21 2/24 3/5 3/8 8/11 10/23 11/1
**you [43]**
**you're [3]** 5/9 5/15 7/23
**young [1]** 7/22
**your [37]**