UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20097-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

PEDRO ALFONSO ALATOREE DAMY,

    Defendant.

_____/

**UNITED STATES OF AMERICA'S RESPONSE TO
DEFENDANT'S MOTION FOR TERMINATION OF SUPERVISED RELEASE**

    The United States, through the undersigned attorney, hereby files this response in opposition to defendant Pedro Alfonso Alatorre Damy's Motion for Termination of Supervised Release. The United States opposes the motion for the reasons set forth below.

**FACTS AND ARGUMENT**

    On February 20, 2013, the defendant pled guilty to one count of conspiring to launder money in violation of Title 18, United States Code, Section 1956(h) while working for Casa de Cambio Puebla, a corporate co-defendant, in Mexico. Prior to his sentencing, the defendant reported no assets to the United States Probation Office. On April 11, 2013, after serving approximately five years in custody in Mexico awaiting extradition to the United States, the defendant was sentenced to credit time served which was the equivalent of 65 months imprisonment from his time of arrest in Mexico on November 8, 2007 until his sentencing. The Court, based on the defendant's financial situation and inability to pay to pay a fine, did not assess a fine. On November 13, 2013, the defendant's application seeking deferral of his removal from the United States to Mexico under Article III of the Convention Against Torture was granted. After the defendant's release from immigration custody, his supervised release

commenced. The defendant's term of supervised release is set to expire in April 2016. On September 23, 2015, the defendant moved for early termination of his supervised release.

The United States opposes the motion for early termination of supervised release due to the fact that an investigation has revealed that the defendant has unknown sources of income and/or assets that he failed to report to the United States Probation Office and the Court at the time of his sentencing. In addition, the defendant failed to report these unknown sources of income and/or assets to his supervising Probation Officer during the term of his supervised release. If needed, the United States can elaborate on these unknown sources of income and/or assets at a hearing on the motion. Considering these actions potentially constitute a violation of the defendant's supervised release and false statements and/or perjury, the United States opposes the motion.

## CONCLUSION

Based on the foregoing reasons, the United States respectfully requests that the defendant's motion be denied. As an alternative, the United States requests a hearing on the motion.

Respectfully submitted,
WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: /s/ *Kurt K. Lunkenheimer*
KURT K. LUNKENHEIMER
Assistant United States Attorney
Florida Bar No.A5501535
U.S. Attorney's Office - SDFL
99 N.E. 4th Street, Suite 600
Miami, FL 33132-2111
Telephone: (305) 961-9008
Facsimile: (305) 536-4699
Email: Kurt.Lunkenheimer@usdoj.gov

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 16, 2015.

              */s/ Kurt K. Lunkenheimer*
              KURT K. LUNKENHEIMER
              Assistant United States Attorney