all business and personal finances, to the U.S. Probation Officer.

All other conditions of supervised release previously imposed by this Court on April 11, 2013 shall remain in full force and effect.

**DONE AND ORDERED** in Chambers, at Miami, Florida this 31st day of March, 2016.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Kurt L. Lunkenheimer, AUSA
        Emmanuel Perez, Esq.
        Albin Calixte, USPO
        Bureau of Prisons
        U.S. Marshal

FILED by _____ D.C.

SEP 1 2 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

I hereby certify that I have (fully) partially completed execution of this order by delivering the named defendant to _CIMERA_ on _8-25-16_
MCA Transport Officer _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-20097-CR-GRAHAM

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**PEDRO ALATORRE DAMY,**
Reg No: 98601-004

        Defendant.
_____/

## JUDGMENT AND COMMITMENT
## UPON REVOCATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the United States Probation Offices Petition for Revocation of Supervised Release. The United States Probation Office alleged that the Defendant violated conditions of his Supervised Release. The Government presented sufficient evidence to establish that the alleged violations did occur at a hearing on March 29, 2016. Based thereon, it is

**ORDERED AND ADJUDGED** that the Supervised Release term imposed, is hereby **REVOKED**.

The Defendant is sentenced to the custody of the Bureau of Prisons for a term of **seven (7) months.** The Defendant is remanded to the custody of the United States Marshal Service. The defendant shall receive credit for time served as applicable by statute. It is further

**ORDERED** that upon release from imprisonment, the defendant shall be placed on supervised release for a term of twenty (24) months with an additional condition of supervised release:

**Financial Disclosure Requirement** - The defendant shall provide complete access to financial information, including disclosure of