**CHRONOLOGICAL: American Express Travelers Cheques Desposited into SunTrust Accounts**
**(3/7/2014 - 9/30/2015)**

|    | Date | SunTrust Acct No. | Acct Name | TC Signature | Depositor | # of TC Deposited | Total USD Deposited |
|----|------|-------------------|-----------|--------------|-----------|-------------------|---------------------|
| 1  | 3/7/2014   | 1000169322152 | Bertha Patricia Damy de Gonzalez | Damy de Gonzalez |                  | 4   | $ 4,000.00   |
| 2  | 4/8/2014   | 1000169321972 | Tahyri Diaz Molina               | Diaz Molina      |                  | 4   | $ 4,000.00   |
| 3  | 4/29/2014  | 1000169322483 | Pedro Alatorre Damy              | Alatorre Damy    |                  | 5   | $ 5,000.00   |
| 4  | 5/14/2014  | 1000169322483 | Pedro Alatorre Damy              | Alatorre Damy    |                  | 3   | $ 3,000.00   |
| 5  | 5/21/2014  | 1000169322483 | Pedro Alatorre Damy              | Alatorre Damy    |                  | 9   | $ 9,000.00   |
| 6  | 5/28/2014  | 1000169322152 | Bertha Patricia Damy de Gonzalez | Alatorre Damy    |                  | 8   | $ 8,000.00   |
| 7  | 5/28/2014  | 1000169321972 | Tahyri Diaz Molina               | Alatorre Damy    |                  | 6   | $ 6,000.00   |
| 8  | 5/28/2014  | 1000169323390 | Alatorre-Damy LLC                | Alatorre Damy    |                  | 1   | $ 1,000.00   |
| 9  | 7/23/2014  | 1000169321980 | Gustavo J. Garcia-Montes P.A.    | Alatorre Damy    |                  | 13  | $ 13,000.00  |
| 10 | 9/22/2014  | 1000169321972 | Tahyri Diaz Molina               | Alatorre Damy    |                  | 9   | $ 9,000.00   |
| 11 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A.    | Garcia-Montes    |                  | 81  | $ 81,000.00  |
| 12 | 4/10/2015  | 1000169321279 | Bertha Patricia Damy de Gonzalez | Unknown          | Alatorre Damy    | 9   | $ 9,000.00   |
| 13 | 4/10/2015  | 1000169321972 | Tahyri Diaz Molina               | Unknown          | Alatorre Damy    | 8   | $ 8,000.00   |
| 14 | 5/18/2015  | 1000169321279 | Bertha Patricia Damy de Gonzalez | Alatorre Damy    | Alatorre Damy    | 9   | $ 9,000.00   |
| 15 | 5/18/2015  | 1000169321972 | Tahyri Diaz Molina               | Unknown          | Alatorre Damy    | 8   | $ 8,000.00   |
| 16 | 7/20/2015  | 1000087973292 | Gustavo J. Garcia-Montes P.A.    | Garcia-Montes    | SunTrust Banker  | 20  | $ 20,000.00  |
| 17 | 7/29/2015  | 1000181912147 | Tahyri Diaz Molina               | Unknown          | Alatorre Damy    | 6   | $ 6,000.00   |
| 18 | 9/14/2015  | 1000181912147 | Tahyri Diaz Molina               | Unknown          | SuntTrust Banker | 8   | $ 8,000.00   |
| 19 | 9/30/2015  | 1000181912147 | Tahyri Diaz Molina               | Unknown          | Alatorre Damy    | 9   | $ 9,000.00   |
|    |            |               |                                  |                  | **TOTALS**       | **220** | **$ 220,000.00** |

**SEQUENTIAL: American Express Travelers Cheques Desposited into SunTrust Accounts**
**(3/7/2014 - 9/30/2015)**

| # | Amex Sold Date | Date Negotiated | SunTrust Acct No. | Acct Name | TC Value | TC Signature | Depositor | TC Serial # | X |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 9/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060247438 | |
| 2 | 10/25/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060695794 | |
| 3 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB060695797 | |
| 4 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB060695799 | |
| 5 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695800 | X |
| 6 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695801 | X |
| 7 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695802 | X |
| 8 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695803 | X |
| 9 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695804 | X |
| 10 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695805 | X |
| 11 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695806 | X |
| 12 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695807 | X |
| 13 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695808 | X |
| 14 | 10/25/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060695809 | X |
| 15 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB060695819 | X |
| 16 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695820 | X |
| 17 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695821 | X |
| 18 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695822 | X |
| 19 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695823 | X |
| 20 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695824 | X |
| 21 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695825 | X |
| 22 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695826 | X |
| 23 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695827 | X |
| 24 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695828 | X |
| 25 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695829 | X |
| 26 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB060695839 | X |
| 27 | 10/25/2006 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060695840 | X |
| 28 | 10/25/2006 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060695841 | X |
| 29 | 10/25/2006 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060695842 | X |
| 30 | 10/25/2006 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060695843 | X |
| 31 | 10/25/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060695844 | X |
| 32 | 10/25/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060695845 | X |
| 33 | 10/25/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060695846 | X |
| 34 | 10/25/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060695847 | X |
| 35 | 10/25/2006 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060695859 | |
| 36 | | 4/29/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060695861 | X |
| 37 | | 4/29/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060695862 | X |
| 38 | | 4/29/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060695863 | X |
| 39 | | 4/29/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060695864 | X |
| 40 | | 4/29/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060695865 | X |
| 41 | 10/25/2006 | 4/8/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Diaz Molina | | GB060695866 | X |
| 42 | 10/25/2006 | 4/8/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Diaz Molina | | GB060695867 | X |
| 43 | 10/25/2006 | 4/8/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Diaz Molina | | GB060695868 | X |
| 44 | 10/25/2006 | 4/8/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Diaz Molina | | GB060695869 | X |
| 45 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695880 | X |
| 46 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695881 | X |
| 47 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695882 | X |
| 48 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695883 | X |
| 49 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695884 | X |
| 50 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695885 | X |
| 51 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695886 | X |
| 52 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695887 | X |
| 53 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695888 | X |
| 54 | 10/25/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060695889 | X |
| 55 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701410 | X |
| 56 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701411 | X |
| 57 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701412 | X |
| 58 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701413 | X |
| 59 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701414 | X |
| 60 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701415 | X |
| 61 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701416 | X |
| 62 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701417 | X |
| 63 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701418 | X |
| 64 | 11/3/2006 | 7/20/2015 | 1000087973292 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | SunTrust Banker | GB060701419 | X |
| 65 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701430 | X |
| 66 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701431 | X |
| 67 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701432 | X |
| 68 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701433 | X |
| 69 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701434 | X |
| 70 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701435 | X |
| 71 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701436 | X |
| 72 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701437 | X |
| 73 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701438 | X |
| 74 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701439 | X |
| 75 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701440 | X |
| 76 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701441 | X |
| 77 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701442 | X |
| 78 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701443 | X |
| 79 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701444 | X |
| 80 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701445 | X |
| 81 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701446 | X |
| 82 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701447 | X |
| 83 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701448 | X |
| 84 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701449 | X |
| 85 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701450 | X |
| 86 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701451 | X |
| 87 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701452 | X |
| 88 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701453 | X |
| 89 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701454 | X |
| 90 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701455 | X |
| 91 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701456 | X |
| 92 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701457 | X |
| 93 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701458 | X |
| 94 | 11/3/2006 | 5/21/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060701459 | X |

| | Amex Sold Date | Date Negotiated | SunTrust Acct No. | Acct Name | TC Value | TC Signature | Depositor | TC Serial # | X |
|---|---|---|---|---|---|---|---|---|---|
| 95 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701460 | X |
| 96 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701461 | X |
| 97 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701462 | X |
| 98 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701463 | X |
| 99 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701464 | X |
| 100 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701465 | X |
| 101 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701466 | X |
| 102 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701473 | X |
| 103 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701474 | X |
| 104 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701480 | X |
| 105 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701481 | X |
| 106 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701482 | X |
| 107 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701483 | X |
| 108 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701485 | X |
| 109 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701486 | X |
| 110 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701487 | X |
| 111 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701488 | X |
| 112 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701489 | X |
| 113 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701490 | X |
| 114 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701491 | X |
| 115 | | 7/23/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Alatorre Damy | | GB060701492 | X |
| 116 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701493 | X |
| 117 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701494 | X |
| 118 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701495 | X |
| 119 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701496 | X |
| 120 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701497 | X |
| 121 | 11/3/2006 | 9/22/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701498 | X |
| 122 | 11/3/2006 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB060701499 | X |
| 123 | | 5/28/2014 | 1000169323390 | Alatorre-Damy LLC | $ 1,000.00 | Alatorre Damy | | GB060701500 | X |
| 124 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701501 | X |
| 125 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701502 | X |
| 126 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701503 | X |
| 127 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701504 | X |
| 128 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701505 | X |
| 129 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701506 | X |
| 130 | 11/3/2006 | 5/28/2014 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Alatorre Damy | | GB060701507 | X |
| 131 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701508 | X |
| 132 | 11/3/2006 | 5/28/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | | GB060701509 | X |
| 133 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902100 | X |
| 134 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902101 | X |
| 135 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902102 | X |
| 136 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902103 | X |
| 137 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902104 | X |
| 138 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902105 | X |
| 139 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902106 | X |
| 140 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902107 | X |
| 141 | | 9/30/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902108 | X |
| 142 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB060902109 | X |
| 143 | 10/20/2006 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902112 | X |
| 144 | 10/20/2006 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB060902113 | X |
| 145 | 10/20/2006 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902114 | X |
| 146 | 10/20/2006 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB060902117 | |
| 147 | 10/20/2006 | 3/7/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Damy de Gonzalez | | GB060902120 | X |
| 148 | 10/20/2006 | 3/7/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Damy de Gonzalez | | GB060902121 | X |
| 149 | 10/20/2006 | 3/7/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Damy de Gonzalez | | GB060902122 | X |
| 150 | 10/20/2006 | 5/14/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060902125 | X |
| 151 | 10/20/2006 | 5/14/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060902126 | X |
| 152 | 10/20/2006 | 5/14/2014 | 1000169322483 | Pedro Alatorre Damy | $ 1,000.00 | Alatorre Damy | | GB060902127 | X |
| 153 | 10/20/2006 | 3/7/2014 | 1000169322152 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Damy de Gonzalez | | GB060902128 | X |
| 154 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB061247397 | X |
| 155 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB061247398 | X |
| 156 | | 9/14/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | SuntTrust Banker | GB061247399 | X |
| 157 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247400 | X |
| 158 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247401 | X |
| 159 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247402 | X |
| 160 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247403 | X |
| 161 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247404 | X |
| 162 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247405 | X |
| 163 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247406 | X |
| 164 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247407 | X |
| 165 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247408 | X |
| 166 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247411 | X |
| 167 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247412 | X |
| 168 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247413 | X |
| 169 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247414 | X |
| 170 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247417 | |
| 171 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247420 | X |
| 172 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247421 | X |
| 173 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247422 | X |
| 174 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247423 | X |
| 175 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247424 | X |
| 176 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247425 | X |
| 177 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247426 | X |
| 178 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247427 | X |
| 179 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247428 | X |
| 180 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247429 | X |
| 181 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247430 | X |
| 182 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247431 | X |
| 183 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247432 | X |
| 184 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247433 | X |
| 185 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247434 | X |
| 186 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247435 | X |
| 187 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247436 | X |
| 188 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247437 | X |
| 189 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247439 | |
| 190 | 3/12/2007 | 7/29/2015 | 1000181912147 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247442 | |
| 191 | 3/12/2007 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247456 | X |

| | Amex Sold Date | Date Negotiated | SunTrust Acct No. | Acct Name | TC Value | TC Signature | Depositor | TC Serial # | X |
|---|---|---|---|---|---|---|---|---|---|
| 192 | 3/12/2007 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB061247457 | X |
| 193 | 3/12/2007 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247458 | X |
| 194 | 3/12/2007 | 5/18/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247459 | X |
| 195 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247460 | X |
| 196 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247461 | X |
| 197 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247462 | X |
| 198 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247463 | X |
| 199 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247464 | X |
| 200 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247465 | X |
| 201 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247466 | X |
| 202 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247467 | X |
| 203 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247468 | X |
| 204 | 3/12/2007 | 10/31/2014 | 1000169321980 | Gustavo J. Garcia-Montes P.A. | $ 1,000.00 | Garcia-Montes | | GB061247469 | X |
| 205 | 3/12/2007 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB061247479 | X |
| 206 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247480 | X |
| 207 | 3/12/2007 | 5/18/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Alatorre Damy | Alatorre Damy | GB061247481 | X |
| 208 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247482 | X |
| 209 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247483 | X |
| 210 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247484 | X |
| 211 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247485 | X |
| 212 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247486 | X |
| 213 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247487 | X |
| 214 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247488 | X |
| 215 | 3/12/2007 | 4/10/2015 | 1000169321279 | Bertha Patricia Damy de Gonzalez | $ 1,000.00 | Unknown | Alatorre Damy | GB061247493 | X |
| 216 | 3/12/2007 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247494 | X |
| 217 | 3/12/2007 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247495 | X |
| 218 | 3/12/2007 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247496 | X |
| 219 | 3/12/2007 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247497 | X |
| 220 | 3/12/2007 | 4/10/2015 | 1000169321972 | Tahyri Diaz Molina | $ 1,000.00 | Unknown | Alatorre Damy | GB061247498 | X |
| | | | | | | | TOTAL SEQUENTIAL TRAVELERS CHEQUES DEPOSITED | | 212 |