UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20097-CR-GRAHAM

UNITED STATES OF AMERICA

vs.

PEDRO ALFONSO ALATORRE DAMY,

      **Defendant.**
_____/

## SECOND PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States of America (the "United States") for entry of a Second Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 982(a)(1), 21 U.S.C. § 853(p), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure. Being fully advised in the premises and based on the United States' Motion for Second Preliminary Order of Forfeiture, and Memorandum of Law in Support Thereof, the Declaration of Special Agent Austin Love of the Drug Enforcement Administration ("DEA"), the record in this matter, and for good cause shown thereby, the Court finds as follows:

1. On or about January 15, 2014, the Court entered an Order of Forfeiture, which forfeited, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1) and 28 U.S.C. § 2461(c), all right, title, claim and interest of Pedro Alfonso Alatorre Damy (the "Defendant") in the sum of $170,000,000.00 in U.S. currency, representing the amount of money involved in the money laundering offense (hereinafter "Forfeiture Money Judgment"), among other assets.

2. Of the $170,000,000.00 in U.S. currency, a balance of approximately $162,568,761.8 of the Forfeiture Money Judgment remains to be satisfied.

3. On or about April 11, 2013, the Defendant was sentenced to two years of supervised

1

release and time served.  At the time of his conviction, he reported that he had no available assets.

9.  Approximately a year after the Defendant was sentenced, beginning on or about March 7, 2014, and continuing through at least September 30, 2015, approximately 220 travelers cheques issued by American Express, each in the amount of $1,000 in U.S. currency, were deposited into the following eight accounts at SunTrust Bank associated with the Defendant (collectively, the "SunTrust Accounts"):

| **DEPOSIT OF TRAVELERS CHEQUES (3/7/2014 – 9/30/2015)** | | | | |
|---|---|---|---|---|
| # | Acct No. | SunTrust Account Name | Qty. | USD Value |
| 1 | 2483 | Pedro Alatorre Damy ("SunTrust Account No. 2483") | 17 | $17,000.00 |
| 2 | 3390 | Alatorre-Damy LLC ("SunTrust Account No. 3390") | 1 | $1,000.00 |
| 3 | 2147 | Tahyri Diaz Molina ("SunTrust Account No. 2147") | 23 | $23,000.00 |
| 4 | 1972 | Tahyri Diaz Molina ("SunTrust Account No. 1972") | 35 | $35,000.00 |
| 5 | 2152 | Bertha Patricia Damy de Gonzalez ("SunTrust Account No. 2152") | 12 | $12,000.00 |
| 6 | 1279 | Bertha Patricia Damy de Gonzalez ("SunTrust Account No. 1279") | 18 | $18,000.00 |
| 7 | IOTA 3292 | Gustavo J. Garcia-Montes P.A. ("SunTrust IOTA No. 3292") | 20 | $20,000.00 |
| 8 | IOTA 1980 | Gustavo J. Garcia-Montes P.A. ("SunTrust IOTA No. 1980") | 94 | $94,000.00 |
| | | **TOTAL** | 220 | $220,000.00 |

*See* Love Decl. ¶ 11.

10.  On or about October 16, 2015, pursuant to a seizure warrant authorized by U.S. Magistrate Judge Edwin Torres, a DEA Special Agent seized all funds from the SunTrust Accounts. *See* Case No. 15-MJ-03349-TORRES.

11.  A total of approximately $108,093.15 in U.S. currency was seized from SunTrust Account No. 2483, SunTrust Account No. 3390, SunTrust Account No. 2147, SunTrust Account No.

1972, SunTrust Account No. 2152, and SunTrust Account No. 1279 (the "**Subject Funds**").   *See* Love Decl. ¶¶ 10-39.

12.   Based on information obtained subsequent to the seizure, funds traceable to the American Express travelers cheques deposited into SunTrust IOTA No. 3292 and SunTrust IOTA No. 1980 were withdrawn to fund the acquisition of Latinos 305 Café ("**Subject Café**"), a business located in downtown Miami at 44 N.W. 1st Street, Miami, Florida 33132.   *See id.* ¶¶ 40-48.

13.   The Defendant failed to disclose this financial activity to the U.S. Probation Office, prompting a petition in January 2016 that alleged that he violated the terms of his supervised release by making false statements on his May and June 2014 monthly reports.   *See* Alatorre Damy's SRV Petition, ECF No. 182; Alatorre Damy's Probation Summons, ECF No. 183.

14.   On March 31, 2016, after his final revocation hearing, the Court revoked the Defendant's supervised release, and re-sentenced him to a term of seven months of incarceration, to be followed by 24 months of supervised release.   *See* Alatorre Damy's SRV Judgment, ECF No. 196.

15.   Alatorre Damy exercised dominion and control over the **Subject Funds**, and used additional funds traceable to deposit of American Express travelers cheques to fund the acquisition and operation of the **Subject Café**.

16.   Due to the Alatorre Damy's acts or omissions, other directly forfeitable property either cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled proceeds cannot be divided without difficulty.

**THEREFORE**, the United States' Motion for Second Preliminary Order of Forfeiture is hereby **GRANTED**, and it is hereby **ORDERED** that:

1. The following specific property is forfeited to the United States of America:

    (i) A total of approximately $108,093.15 in U.S. currency, more fully described as (collectively, the "**Subject Funds**"):

    a. Approximately $1,436 in U.S. currency seized from account number ending in 2483 held by Pedro Alfonso Alatorre-Damy at SunTrust Bank ("SunTrust Account No. 2483");

    b. Approximately $7,696.19 in U.S. currency seized from account number ending in 3390 held by Alatorre-Damy LLC at SunTrust Bank ("SunTrust Account No. 3390");

    c. Approximately $1,000 in U.S. currency seized from account number ending in 1972 held by Tahyri Diaz Molina at SunTrust Bank ("SunTrust Account No. 1972");

    d. Approximately $52,642.17 in U.S. currency seized from account number ending in 2147 held by Tahyri Diaz Molina at SunTrust Bank ("SunTrust Account No. 2147");

    e. Approximately $43,080.21 in U.S. currency seized from account number ending in 1279 held by Bertha Patricia Damy de Gonzalez at SunTrust Bank ("SunTrust Account No. 1279");

    f. Approximately $2,238.58 in U.S. currency seized from account number ending in 2152 held by Bertha Patricia Damy de Gonzalez ("SunTrust Account No. 2152"); and

    (ii) Latinos 305 Cafe, LLC, and all assets of the business located at 44 N.E. 1st Street, Miami, Florida 33132 ("**Subject Café**");

2. An agent of Drug Enforcement Administration, or any duly authorized law enforcement official, shall as soon as practicable, seize the property ordered forfeited herein pursuant to 21 U.S.C. § 853(g) and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

3. The United States shall send and publish notice of the forfeiture in accordance with Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure;

4. The United States is authorized, pursuant to Rule 32.2(b)(3), (c)(1) of the Federal

Rules of Criminal Procedure and 21 U.S.C. § 853(m), to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property or in order to expedite ancillary proceedings related to any third-party petition;

5. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order is final as to Defendant Pedro Alfonso Alatorre Damy;

6. If no third-party claims are filed within sixty (60) days of the first day of publication or within thirty (30) days of receipt of actual notice, whichever is earlier, or if this Court denies and/or dismisses all third-party petitions timely filed then, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, this order shall become a Final Order of Forfeiture and an official of the Drug Enforcement Administration, or any duly authorized law enforcement official, shall dispose of the property in accordance with applicable law; and

7. The Court shall retain jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, this _____ day of April, 2017.

_____
DONALD L. GRAHAM
UNITED STATES SENIOR DISTRICT JUDGE

cc: Nalina Sombuntham, Assistant U.S. Attorney (2 certified copies)